The STATE of Oklahoma, ex rel. Robert H. MACY, District Attorney of the Seventh Prosecutorial District, Petitioner,

v.

The Honorable Leamon FREEMAN, Judge of the District Court of Oklahoma County, Respondent.

No. 78198.

Supreme Court of Oklahoma.

Oct. 18, 1991.

ORDER

Original jurisdiction is assumed. Writ of prohibition issue prohibiting the enforcement of order dated September 3, 1991 entered in Cause No. CJ–89–4533 on the docket of Oklahoma County as relating to the ordered distribution under 63 O.S.Supp. 1991 § 2–416. That section is not controlling. Its subject matter is the appropriation of fines. 63 O.S.Supp.1990 § 2–503(D) does not allow seized monies pursuant to subsections A and B of § 2–503 to be applied or considered toward satisfaction of the fine imposed by § 2–415 of that title.

HODGES, V.C.J., and LAVENDER, SIMMS, DOOLIN, KAUGER and SUMMERS, JJ., concur.

OPALA, C.J., and HARGRAVE and ALMA WILSON, JJ., dissent.